■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY RUTIGLIANO, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed July 13, 1983. ¶ Sentence affirmed. No opinion. ¶ This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Thompson, Rubin and Lawrence, JJ., concur.